JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ECHEVERRIA, | NO. CV 05-0473 DDP (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MATTHEW C. KRAMER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7-22-08

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE